# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
HARBORVIEW MORTGAGE LOAN
TRUST MORTGAGE LOAN PASS-
THROUGH CERTIFICATES, SERIES
2007-6,

                Appellant,

vs.

TAYLOR ASSOCIATION
MANAGEMENT, INC.; AND
HILLCREST AT SUMMIT HILLS
HOMEOWNERS ASSOCIATION,

                Respondents.

No. 74613

FILED

OCT 0 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties filed on September 21, 2018, appellant's motion for clarification, and cause appearing, this appeal is dismissed in its entirety. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Michael Villani, District Judge
      Janet Trost, Settlement Judge
      Wright, Finlay & Zak, LLP/Las Vegas
      Alverson Taylor & Sanders
      The Law Office of Mike Beede, PLLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-39359